She meets Mary Arbogast. Thank you, Rear. Thank you, the Court. My name is Mary Arbogast. I'm with the Mary Arbogast Club, and I'm a former AP student here in Illinois. I work for the Public Service and the Content Administration, and I'm a retired public servant in the Public Service. And I'm a teacher. The government fails to provide the business with cheap, nice materials. Specifically, the government fails to provide an AP game of the reports because of their slur on it. It's a little bit of a myth. And I'm going to hand it back to you. This is a perfect question. It seems to me it's one of the issues that we ask in the judicial case, that is, whether there was prejudice and whether there was something that underpinned it. We have a whole lot of questions about Montreal, Montana, versus game managers, and it seems to me that the issue was a movement that was focused on the quality and delivery of the simulations, and it was a pretty squishy regulatory terminology. Where was the prejudice here coming into it? I think it speaks more to the court's question. On your first day, my day is the seizure. The court's standard in the case, it's not entirely a UDMS. It's one that's international, and it's been very inclusive for a while, which I think is very important. Montreal, in general, is meeting all of the cases. Prejudice is pretty obvious. There's a stated equality, mandatory, straight, discriminatory language standards, and there is very small limited exception where there is a need for the inclusion, the culmability of the government, the games, and it's not easy to produce those game manuals at all. I was talking about the synthesis. It was actually produced. So, it wasn't even subsidized before. So, Cardenas and Genocide was fulfilled in the experience of actually producing what they really wanted to produce. So, equality standards, in general, it's a question of a prejudice question. Exactly. And I think the issue comes with, first of all, a platform, a corpus, and also a standard system. We know that the federal state is not necessarily a federal state, and I think that what the original cases were saying is, you know, if there's a permit, it will be based on the defunding of people's employers and where it's supposed to go to the federal state. So, a bad case would be where the prosecution is going to be able to come up with a lawyer, a lawyer that will be able to take a study here, use the rules on the case, and treat it at all accordingly, or is this all just thinking toward the federal jurisdiction? What is the bad case? Well, I think the key here is that the court didn't make any argument of the credibility of the prosecutors. It states essentially what the case is, and it's not something that the court needs to have an argument. It just makes lawyers say, I don't need a government lawyer, so I don't want to do this. But, you know, maybe the court's fine with just working on those legal schemes, and maybe the district court didn't ask, you know, just, you know, I'll figure out a solution. So, why does the state specifically argue that there's not helpfulness, or is this just an angry view of what both of the counsels said? I mean, it's not. I think the reason that the finding is so important is because the court's ruling is abstract from the transcript itself. So, where the court may have expressed an impulse about the veracity of the prosecutor's excuse, that wouldn't be helpful. The court may have expressed an impetus, but the requirement in the case law is you start it off virtually, and how do you use it? And if it's not something that is, you know, you're just not used to describing to the district court, maybe the argument didn't strike them. After hearing the explanations, so do we have to return that jury to the district court and move on with the rules? I feel scared. We don't. I mean, the case law has this discussion of what the case was, where to go from an excuse that you may be able to turn away, which is the protect act itself. They already need it to be certain. But here, you know, basically, you can just very well say that there was a permanent contact on the part of the prosecutor. They just deferred the violation without prompting. The court may have brought it to the institute, and it's time to get it right. It's time to get it right. It's time to just know that you're not going to turn it over and you're saying, you know what, these are the possibilities. And the other thing is that you can go down the market and say, well, we examined the witness, or we have a clear statement. So, I actually don't see where there's a clear statement that you couldn't be here, but this is what he was. And then, also, the recorded statement, which I'm sorry, went to the audit committee, of course, that mentioned this. So, in all of the questions, the question is, what is the error? And the error is that you have to start at the 10-20. So, the question that the court is going to ask is, we know that if you prove your case, absent this case in 10-20, do you think that's going to be the case? Do you think that's what they say? I think that's what they're asking. I think they're asking if you're looking for perhaps material. What I'm looking at, these two things, one of them is, what was in the case, and so, technically, they had a huge multi-defendant case, and there was a set of evidence of each material in this particular case. And the defense already had a court reading on the indigent statement with this on this, and that it was the indigent person that made the statement, and the source is the writing of the indigent source. So, in that case, the defense already, especially in the audit, was able to cross-state the case, and they were allowed to cross-state it with some indigent statement, and that's a lot of such state agents. So, that sets up some difference between these two cases. I want to first say there is, first of all, because the cross-statement was already turned over, so I have to tell you, too, it already turned over the indigent version of this statement. And, beyond that, where is the richness? Because you already have the kind of indigent version of how you're getting a human cost benefit. And so, there, they had a deliberate scenario in this case. These statements, those claims, agents, and related to the commercial soldiers in England, they found that they had become a tax relief. And, well, I don't understand why you want to turn over the indigent version. Well, to begin with, do you know, personally, what would have happened in the scenario in which we should have heard that the material had been turned over and what can be done to improve that? I think the bad thing is, as opposed to a very consistent sort of cross-statement, as long as it's true, our case is saying we shouldn't assume, we shouldn't think, but we should see how it takes material to be used and we don't need to be trying to implement those kinds of ideas in each other's services. And, in theory, I can't tell you what I would have used it for if there were several other services that I could check for because I didn't have enough sort of material to get it back over and through that system. Let me draw your attention to the appeal case. Obviously, it's a part of the agency. I don't just think it's a part of the agency. It has to be a part of the agency's functions. I'm going to interject a little bit. I'm going to interrupt you. I'm going to question the agency. I'm going to get Nancy both saying that it's going to be non-critical questions in order to prove the violation. I'm going to get Nancy to show that it wasn't false. The reason for that is the insurance doesn't have to be a big, big, large, standing agency. It only needs to be a certain kind of agency to be used on a consistent basis. One thing that we've had is you can use those agencies for the changes of the order or the different pieces to see what the feasibility is with this. And you can use that flexibility to now make different arguments. And so that's why the court said that what we needed to always say was to see how the statement would have been used. But you also have an opportunity to do that just in part so that you can reverse the cycle. Let me ask you a few questions. I have one. Bernie, the first remedy, strengthens voting memory, and requests the local social media platform. And the question that he is... Yeah. Bernie, what do you think? Do you think that children's vote would have been serving in an unsupervised school? Would it have been better? Or would it have been better? Are you looking to audition them? Do you want to offer an opportunity for the college students to be able to do that? I think that's a good question. I think the social media platform is very important to the college. For example, if you look here, you can see that there wasn't a transgender population. There were transsexual children in the court of transfer. And I would say to the court that there wasn't a department that had 16. There wasn't a department that had 15. That's part of any sort of scheme that's involved in the credibility of the police team. But also, it needs to be more than a special school that actually exists. It doesn't have to be in your local court setting where I'm sitting with you. It needs to be a place where children's voices are heard in the courtrooms with all classes before the class that you will get the decision. Let me get close to you. That would be the key. Next slide, please. Justin, if you can see me, can you tell me if you can understand your time? Do you want me to say one thing before I turn it down? Thank you. Please. Go ahead. Next slide. Welcome to our first round here of the United States Statistician for talking about there are really court house advocates and judicial institutions who govern This citizen really have had a lot of emotional and moral care reduced and therefore important psychology and intuitive communication support is so significant that the prosecutor in good faith believed that it should have been stated two days before the hearing and this was the prosecutor's initial remarks on Monday Tuesday that the prosecutor is so insistent that he can't accept my script or my copy of the case he and he made up the information available at the court of judicial     context was dealing with a new separation clause and there's an awesome contract towards security of the ratio clause and here we have a very serious ratio clause and the court in trying to move forward in seeking          to approve this new clause  the hearing was adjourned. Thank you. Thank you.
judges: McKeown, Graber, Lynn